SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Home Depot U.S.A., Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PAUL SPECA, an individual | Case No.: 2:19-cv-02216-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| HOME DEPOT U.S.A., INC.; DOES I through X, inclusive; and ROE Corporations XI through XX, inclusive; | **(FIRST REQUEST)** |
| Defendant. | |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Paul Speca ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to extend the time to respond to Plaintiff's Complaint (ECF No. 1). Defendant's response to the Complaint is currently due January 2, 2020. The parties jointly request an extension of time to respond to the Complaint up to and including January 10, 2020. This is the parties' first request for an extension of time.

. . .

. . .

. . .

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500, 3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 31st day of December, 2019.     DATED this 31st day of December, 2019.


LAW OFFICES OF STEVEN H. BURKE, LLC     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


/s/ *Stephen H. Burke*     /s/ *Amy L. Howard*

Steven H. Burke                          Suzanne L. Martin
Nevada Bar No. 14037                     Nevada Bar No. 8833
9205 W. Russell Road                     Amy L. Howard
Suite 240                                Nevada Bar No. 13946
Las Vegas, NV 89148                      Wells Fargo Tower
*Attorneys for Plaintiff*                Suite 1500
                                         3800 Howard Hughes Parkway
                                         Las Vegas, NV 89169
                                         *Attorneys for Defendant*


**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE


January 3, 2020
_____
DATED