1  STEVEN H. BURKE, ESQ.
Nevada Bar No. 14037
2  LAW OFFICE OF STEVEN H. BURKE, LLC
D.B.A. THE 808 FIRM
3  9205 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
4  T: 702-793-4369 | F: 702-793-4301
Email: stevenburkelaw@gmail.com

5

*Attorney for Plaintiff*

6

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9  PAUL SPECA, an individual

Case No.  2:19-cv-02216-JAD-EJY

10  Plaintiff,

11  vs.

**JOINT STIPULATION TO CONTINUE ENE SESSION**

12  HOME DEPOT U.S.A., INC.; DOES I
through X; and ROE Corporations XI
13  through XX, inclusive,

Date:  February 28, 2020
Time:  9:30 a.m.
Judge: Hon. Daniel J. Albregts

14  Defendant.

15

16       Plaintiff, Paul Speca ("Mr. Speca" or "Plaintiff") and Defendant Home Depot U.S.A., Inc.

17  ("Defendant"), by and through their respective counsel of record, hereby file this Joint Stipulation to

18  Continue the ENE Session currently scheduled for February 28, 2020 to April 28, 2020. Should the

19  Court not be able to schedule the continued ENE to April 28, 2020, then the parties agree to a

20  continued date of April 29, 2020 or April 30, 2020.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Law Office of Steven H. Burke, LLC
d.b.a. The 808 Firm
9205 W. Russell Rd., Ste. 240, Las Vegas, NV. 89148
TEL.: (702) 793-4369  FAX: (702) 793-4301

**Law Office of Steven H. Burke, LLC**
**d.b.a. The 808 Firm**
9205 W. Russell Rd., Ste. 240, Las Vegas, NV. 89148
TEL.: (702) 793-4369   FAX: (702) 793-4301

1    This Stipulation to Continue ENE Session was made because Plaintiff will be out-of-state on

2  February 28, 2020 and Defendant has agreed to accommodate Plaintiff with the continuance.

3       IT IS SO STIPULATED.

4  DATED this 19ᵗʰ day February, 2020.        DATED this 19ᵗʰ day February, 2020.

5
   LAW OFFICES OF STEVEN H. BURKE,            OGLETREE, DEAKINS, NASH, SMOAK &
6  LLC                                        STEWART, P.C.

7

8  /s/ *Steven H. Burke*                      /s/ *Amy L. Howard*
   Steven H. Burke                            Suzanne L. Martin
9  Nevada Bar No. 13136                       Nevada Bar No. 8833
   DBA the 808 Firm                           Amy L. Howard
10 9205 W. Russell Road                       Nevada Bar No. 13946
   Suite 240                                  Wells Fargo Tower
11 Las Vegas, NV 89148                        Suite 1500
   *Attorneys for Plaintiff*                  3800 Howard Hughes Parkway
12                                            Las Vegas, NV  89169
13                                            *Attorneys for Defendant*

14

15                              **ORDER**

16      **IT IS SO ORDERED.**  The Court will enter a separate order resetting the Early

17  Neutral Evaluation.

18      DATED:  February, 20, 2020

19

20  _____
    Daniel J. Albregts
21  United States Magistrate Judge

22

23

24

25

26

27

28