2:19-cv-02216-JAD-EJY
ORDER TO UNSEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

PAUL SPECA,  )
  ) Case No. 2:19-cv-02216-JAD-EJY
          Plaintiff,  )
  ) <u>ORDER TEMPORARILY
vs.  ) UNSEALING AUDIO RECORDING</u>
  )
HOME DEPOT U.S.A, INC.,  )
  )
          Defendant.  )
_____ )

Amy L. Howard, Esq., has requested a transcript of the settlement placed on the record. The transcript requested are proceedings that are either sealed or contain a sealed portion: Docket No. 25. The transcript is to be prepared by Amber McClane, Transcriber/Court Reporter.

**IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Amber McClane and providing a copy of the transcript to Amy L. Howard, Esq., as requested.

**IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this ___10th___ day of ___August___, 2020

_____
DANIEL J. ALBREGTS
United States District Court Magistrate Judge