STEVEN H. BURKE, ESQ.
Nevada Bar No. 14037
LAW OFFICE OF STEVEN H. BURKE, LLC
D.B.A. THE 808 FIRM
9205 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
T: 702-793-4369 | F: 702-793-4301
Email: stevenburkelaw@gmail.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL SPECA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendant. | Case No. 2:19-cv-02216-JAD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS THE COMPLAINT AGAINST DEFENDANT HOME DEPOT U.S.A., INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)**<br><br>ECF No. 34 |

IT IS HEREBY STIPULATED by and between Plaintiff, Paul Speca ("Mr. Speca") and Defendant, Home Depot U.S.A. Inc. ("Home Depot" or "Defendant") (collectively referred to as the "Parties"), by and through their respective counsel, that, pursuant to Fed. R. Civ. P. 41(A)(1):

1. An order shall be entered dismissing this action, and each and all of the claims, counter-claims, and causes of action asserted therein, and which could have been asserted by Plaintiff, with prejudice;

2. All outstanding hearings and deadlines shall be vacated; and

3. The Parties shall bear their own attorneys' fees and costs associated with this action.

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

| LAW OFFICE OF STEVEN H. BURKE, LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C. |
|---|---|
| */s/ Steven H. Burke*_____<br>Steven H. Burke, Esq.<br>Nevada Bar No. 14037<br>9205 W. Russell Road, Suite 240<br>Las Vegas, Nevada 89148<br>*Attorney for Plaintiff* | */s/ Suzanne L. Martin*_____<br>Suzanne L. Martin<br>Nevada Bar No. 8833<br>Amy L. Howard<br>Nevada Bar No. 13946<br>Wells Fargo Tower, Ste. 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV  89169<br>*Attorneys for Defendant* |

### ORDER

Based on the parties' stipulation **[ECF No. 34]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 11, 2020